IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRED HOFFMAN III, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-235 |
| | § | |
| COREY FURR, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 11, and Plaintiff's Objections to the M&R, Dkt. No. 14.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 11. Plaintiff's complaint is therefore **DISMISSED WITH PREJUDICE**.

Final judgment will be entered separately.

SIGNED this 27th day of September, 2019.

_____
Hilda Tagle
Senior United States District Judge